955 A.2d 354

COMMONWEALTH of Pennsylvania, Respondent

v.

Herbert J. BLAKENEY, Petitioner.

Supreme Court of Pennsylvania.

Aug. 21, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of August, 2008, the Application to Reopen Previously Denied Application for Reargument, or, alternatively, Application for Permission to File Subsequent Application for Reargument is DENIED.